IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | CASE NO. 5:17-CR-50010 | |
| JONATHAN E. WOODS;<br>OREN PARIS III; and<br>RANDELL G. SHELTON, JR. | | DEFENDANTS |

## ORDER

Currently before the Court are the Government's Third Motion for Order for Issuance of Trial Subpoena Pursuant to Rule 17(c) (Doc. 249) and the Supplement (Doc. 250) thereto. The Court finds that good cause exists for granting this Motion under Fed. R. Civ. P. 17(c)(1). **IT IS THEREFORE ORDERED** that the Government's Motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to issue the subpoena as requested in the Motion and Supplement, and provide such to the Government for service.

IT IS SO ORDERED on this 15th day of December, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE