IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | | |
|---|---|---|---|
| CRIMINAL NO.: | 5:17-CR-50010-001 | USA v. JONATHAN E. WOODS | |
| COURT PERSONNEL: | | APPEARANCES: | |
| Judge: | TIMOTHY L. BROOKS | Deft.: | PATRICK BENCA<br>JOHN KENNEDY |
| Clerk: | SHERI CRAIG | | JESSICA JOHNSTON |
| Reporter: | DANA HAYDEN | Govt: | DAK KEES<br>KENNY ELSER<br>SEAN MULRYNE<br>AARON JENNEN |

## SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made that Defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X) Inquiry made whether Defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Testimony on Behalf of the Government:

    GW#1 - SA John Munns

        GX#1  Copy of $1 million check received by AO from DHS and copy of DHS invoice signed by Cranford

        GX#2  Certified copy of Act 791

CRIMINAL NO.:   5:17-CR-50010-001

> GX#3   Certified Senate Records showing legislative history for Act 791 including senate vote
>
> GX#4   Copy of Plea Agreement of Milton Rusty Cranford
>
> GX#5   Email 2/13/13 from Keith Gober BLR to Woods cc Cranford attaching draft of Act 791
>
> GX#6   Emails on 2/15/13 from Woods and Cranford responding to Gober email
>
> GX#7   Email on 2/16/13 from Cranford to Bontiea Goss forwarding Gober email attaching draft of Act 791
>
> GX#8   Email on 7/2/13 from Woods to Cranford forwarding email from DHS attorney Jeffrey Wood attaching documents regarding applying for a GIF grant
>
> GX#9   Emails on 8/2/13 between Jeffrey Wood, Woods and Cranford re purpose of GIF subgrants for Act 791
>
> GX#10   Emails on 8/2/13 between Jeffrey Wood, Woods and Cranford re purpose of GIF subgrants for Act 791
>
> GX#11   Senator Woods's letter of support for AO/Decision Point GIF grant
>
> GX#12   DHS document re awarding of $1 million Act 791 GIF grant to AO / Decision Point
>
> GX#13   DHS document re awarding of $375,752 Act 791 GIF grant to South Arkansas Youth Services
>
> GX#14   DHS document re awarding of $624,248 Act 791 GIF grant to South Arkansas Substance Abuse
>
> GX#15   Plea Agreement of Henry Wilkins IV

(X)   Argument by Counsel regarding objections.

(X)   Court rules on objections from the Bench.

CRIMINAL NO.:    5:17-CR-50010-001

- (X)  Presentence investigation report reviewed in open court.

- (X)  Court expresses final approval of plea agreement.

- (X)  Character Witness Testimony on behalf of Defendant

- (X)  Attorney for Government afforded opportunity to make statement to Court.

- (X)  Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

- (X)  Defendant afforded opportunity to make statement and present information in mitigation of sentence.

- (X)  Court proceeded to impose sentence as follows:

    Cts. 1-13, 16 - 220 months imprisonment and Ct. 17 - 120 months imprisonment (to run concurrently); 3 years supervised release (on each count to run concurrently); no fine imposed; $1,621,500.00 restitution imposed - interest waived (joint and several with co-defendant).

- (X)  Defendant ordered to comply with standard conditions of supervised release.

- (X)  Defendant ordered to comply with the special conditions of supervised release set forth in the Judgment, as well as:

    1. Until the financial penalties are paid in full, the Defendant shall not incur any new debt nor establish any bank or credit accounts unless receiving prior approval from the U.S. Probation Office and shall make any information concerning his financial status available to the probation officer upon request.

    2. The Defendant, as required by the standard conditions, shall at all times while on supervised release, be gainfully employed on a full time basis. If not actively employed at any given time, the Defendant shall be actively looking for employment, and he shall keep and maintain a log of his job search activities. The log shall be presented to the probation officer upon request. Any lack of reasonable good faith effort to obtain full time gainful employment shall be reported to the Court. All of that said, the Defendant is prohibited from engaging in any employment where he would be directly or indirectly engaged in political lobbying activities.

CRIMINAL NO.:   5:17-CR-50010-001

- (X) Defendant ordered to pay a total special assessment of $1,500.00, which shall be due immediately.

- (X) Defendant advised of appeal rights.

- (X) Defendant allowed to remain on bond and self-surrender no later than 1:00 pm on Wednesday, September 26, 2018.

DATE: September 5, 2018                                      Proceeding began: 9:01 am

                                                                                          ended: 2:07pm