# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3057

United States of America

Appellee

v.

Jonathan Woods

Appellant

No: 18-3058

United States of America

Appellee

v.

Randell G. Shelton

Appellant

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:17-cr-50010-TLB-1)
(5:17-cr-50010-TLB-3)

_____

**ORDER**

The government's motion to file a redacted copy of District Court Docket Entry 207 for the public docket has been considered by the court and is granted. Briefs filed in this case should refer to the redacted document unless the court grants leave to refer to the unredacted submission.

March 18, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans