# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.   ) | Case No. 5:17-CR-50010-001-TLB |
| ) | |
| JONATHAN WOODS ) | |

## MOTION FOR RELIEF PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 33 FOR *BRADY* VIOLATIONS

Comes now, Jonathan Woods, by and through counsel, and for his motion, states:

1. On March 1, 2017, Jonathan Woods was indicted for a number of federal crimes surrounding his involvement in and distribution of General Improvement Funds (GIF) as a member of the Arkansas Senate. Doc. 1.

2. On May 3, 2018, Woods was convicted of fifteen counts. Doc. 378.

3. On October 16, 2020, Woods' convictions and sentence were affirmed.

4. On December 17, 2020, Woods' petition for rehearing was denied. The mandate was issued on December 28, 2020.

5. Thus, this motion for relief is timely filed. See Fed. R. Crim. P. 33(b)(1).

6. The heart of the matter is that the government suppressed *Brady* information that would have been material to Woods' defense at the guilt/innocence phase, Woods' investigation of the case, and Woods' argument at sentencing.

7. First, the government failed to disclose information that Jeremy Hutchinson had told the Federal Bureau of Investigation (FBI) that he had personally vetted Milton "Rusty" Cranford's hiring of Christina Mitchell to ensure that it complied with legal and ethical requirements.

9. Second, the government failed to disclose information that Agent Michael Lowe participated in the investigation that ultimately led to Woods, which was necessary information in light of Agent Robert Cessario's phone call to Agent Lowe at the time of the hard drive destruction.

10. Third, the government failed to disclose information that Agent Lowe had coerced, pressured, and directed Hutchinson to reveal attorney-client privileged information that resulted in the investigation of Woods.

11. The failure to disclose this information individually and cumulatively prejudiced Woods.

WHEREFORE, Jonathan Woods respectfully requests this Court to grant a hearing on this motion, vacate the convictions, and dismiss the charges. Once a hearing is granted, this Court should permit discovery into the aforementioned information and allow Woods the right to amend his pleadings as new information is developed in discovery.

        Respectfully submitted,

        */s/ Lee Short*
Lee D. Short
Bar # 2010-136
SHORT LAW FIRM
425 W. Broadway, Ste. A
North Little Rock, AR 72114
(501) 766-2207
LeeDShort@gmail.com

*/s/ Patrick J. Benca*
Patrick J. Benca
Bar No. Ark. 99020
MCDANIEL, WOLFF, & BENCA
1307 West Fourth Street
Little Rock, Arkansas 72201
(501) 235-8336
(866) 419-1601 (fax)
pjbenca@gmail.com